# EXHIBIT "A"

April 10, 2013

Bonita Johnson

20253 St Mary's

Detroit, MI 48235

Capital One

PO Box 6492

Carol Stream, IL 60197-6492

RE: Account Numbers ▮-4466 and ▮ 6973

Dear Debt Collector/creditors:

I am writing in response to your constant phone calls!

According to the Fair Debt Collection Practices Act, [15 USC 1692c] Section 805(c): CEASING COMMUNICATION: You must cease all communication with me after being notified in writing that I no longer wish to communicate with you. **Therefore, I demand that you stop calling me, at work, on my cell phone or at any other location!**

Be advised that I am well aware of my rights! For example, I know that any future contact by you or your company violates the FDCPA and that since you already have my location information, calls made by you or your company to any 3rd party concerning me violates section 805(b)2 of the FDCPA.

Be advised that I am keeping accurate records of all correspondence from you and your company, including tape recording all phone calls. If you continue calling me I will pursue all available legal actions to stop you from harassing me.

I have had ridiculously huge medical bills in the last six months because of hospitalization and surgeries. I have -600.00 in my bank account. You are not the only company I cannot pay right now. I cannot pay any of my bill right now. I am fully aware that I owe you money. I am working with a debt solutions company that is going to help me. Please be patient.

Sincerely,

*Bonita Johnson*

Bonita Johnson

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CAPITAL One
P.O. Box 6492
Carol Stream, IL
60197-6492

A. Signature
X _____ ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   PXH

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

[USPS postmark: CAROL STREAM, IL 60199, APR 1 2013]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7012 0470 0000 8974 1466

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540