# **EXHIBIT "B"**



P.O. Box 30285
Salt Lake City, UT 84130-0285

1747

Bonita A Johnson
20253 Saint Marys St
Detroit MI 48235-2134

April 17, 2013

Re: xxxxxxxxxxxx4466
Case #: 7106

Dear Bonita A Johnson,

Thanks for contacting us about your Capital One account.

In accordance with your request, we have removed your telephone number from our calling list and have ceased written communication regarding the collection of this debt. We will continue to mail your monthly billing statements. Please note Capital One does not grant permission for individuals speaking with Capital One to record those phone calls.

If you have any questions, please give us a call at 1-800-955-7070. Our Customer Service Representatives are available 24 hours a day, 7 days a week.

Sincerely,
Capital One Services, LLC