AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Bonita Johnson,

*Plaintiff,*

v.

Capital One Bank (USA), N.A.,

*Defendant.*

Case No. 2:14-cv-10987-DML-MJH
Hon. David M. Lawson

## SUMMONS IN A CIVIL ACTION

To: Capital One Bank (USA), N.A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   Michael L. Greenwald
>   5550 Glades Road
>   Suite 500
>   Boca Raton, FL
>   33431

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance: March 7, 2014



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:14-cv-10987-DML-MJH
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Capital One Bank (USA), N.A.

Date of Service:  March 14, 2014

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

✓ Other (specify): Served Emma Breeden, agent/receptionist, with Corporation Service Company, registered agent, for Capital One Bank (USA) N.A.

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____  Service $50.00  Total $50.00

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:  Sid Jones

Signature of Server:  Sid Jones

Date:  March 14, 2014

Server's Address:  P.O. Box 71805
Richmond, VA 23255
(804) 516-3167

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   | | | |
   |---|---|---|
   | Beverley L. Crump | Rene Nordquist | Meda Sterrett |
   | Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
   | Amy Tarker | Kari Childress | John Isom |
   | Dustin Kline | Carleen Thornley | Emma P. Breeden |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 15th day of August 2013.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 15 day of August 2013, by George A. Massih III.

_____
Notary Public

My Commission Expires: 7-16-16